IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-3220-JLK**

**24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS**,

        Plaintiff,

v.

**MARK SHERWIN,**

        Defendant.

___

**ORDER**

___

Kane J.

After being served with Plaintiff's Petition to Compel Arbitration (doc. 1), Defendant filed a letter with the court expressing his intent to withdraw from arbitration with Defendant for an unspecified amount awarded in a lawsuit with Plaintiff. Although his letter is not entirely clear, as Plaintiff notes Defendant has not been awarded any amount in connection with any lawsuit against Plaintiff, it seems to indicate that Defendant does not intend to pursue an arbitration claim against Plaintiff.

In reply, Plaintiff stated that it "has no objection to the closure of this case and the dismissal without prejudice of its Petition to Compel Arbitration." Reply to Respondent's "Letter of Intent to Withdraw" (doc. 10). I liberally construe Plaintiff's reply as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Finding good cause appearing,

1

Plaintiff's Petition to Compel Arbitration (doc. 1) is DISMISSED WITHOUT PREJUDICE.

Dated: June 7, 2012 	BY THE COURT:

                                                    **/s/ John L. Kane**
                                                    Senior U.S. District Court Judge